UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| MEA S. MAIZAH, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 2:25-cv-608-LEW |
| | ) | |
| CARL DILL, | ) | |
| | ) | |
| Defendant | ) | |

ORDER ON MOTION TO CONSOLIDATE CASES

Defendant Carl Dill has filed a Motion to Consolidate (ECF No. 7), asking that this matter be consolidated with the related matter of *Maizah v. Abbott Laboratories*, No. 2:25-cv-287-LEW.  Defendant also proposes to join in Abbott Laboratories' pending Motion to Compel Arbitration.  I have issued an order in the related case explaining my rulings on the subjects of arbitration and consolidation.  For the reasons stated therein, Defendant's Motion to Consolidate (ECF No. 7) is GRANTED and this matter will be referred to arbitration and subject to a stay pending arbitration.

SO ORDERED.

Dated this 21st day of May, 2026.

/s/ Lance E. Walker
Chief U.S. District Judge